UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 13 PM 1: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T  MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                    Cr. No. 04-20454-D

PATRICK WILLIAMS,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S
### MOTION FOR BOND REVIEW

---

For good cause shown, and without objection from the government, the Court hereby **GRANTS** defendant's motion for bond review, and hereby sets the bond hearing for October 19, 2005 at 2:00 pm.

It is so **ORDERED**, this the 12 day of October, 2005.

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-13-05

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CR-20454 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT